UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JORRIOD MOORE § § Plaintiff § § vs. § **CIVIL ACTION NO. 3:17-cv-01111-M** § HARMONY PUBLIC SCHOOLS § § Defendant § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Came on to be considered this day the Stipulation of Dismissal with Prejudice filed in this cause by Plaintiff Jorriod Moore ("Plaintiff"). After considering the Stipulation of Dismissal with Prejudice (Document ____), it is hereby

ORDERED, ADJUDGED AND DECREED that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

The Clerk is directed to CLOSE this civil action.

SIGNED this ____ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE